UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80098-CIV-MARRA

ARRIVAL STAR, SA and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiff,
vs.

DEMANDWARE, INC.,

    Defendants.
_____/

**ORDER**

This cause is before the Court upon Plaintiffs' Motion to Dismiss Counts IX through XIII of Defendant's Counterclaims (DE 11). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiffs filed the instant motion on April 9, 2015. (DE 11.) On April 24, 2015, Defendant filed an Amended Answer and Counterclaims. (DE 14.)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Dismiss Counts IX through XIII of Defendant's Counterclaims (DE 11) is **DENIED AS MOOT**, without prejudice to Plaintiffs re-asserting these arguments with respect to the Amended Answer.[1]

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of June, 2015.

                                                      _____
                                                      KENNETH A. MARRA
                                                      United States District Judge

---

[1] The Court notes that Defendant filed a motion to dismiss Counts IX through XII of Defendant's Amended Counterclaims on May 15, 2015. (DE 29.)